UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD KREGER, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-575** |
| **GENERAL STEEL CORPORATION, GREGG LANIER HOWELL, WORLDWIDE CONCRETE AND STEEL ERECTIONS, L.L.C.** | **SECTION: "C" (1)** |

## ORDER AND REASONS

     Before the Court is a Motion to Continue General Steel's Expert Witness Deadline in Light of Proposed New Amendment, filed by the defendants, General Steel Corporation, Gregg Lanier Howell, Worldwide Concrete, and Steel Erections, LLC ("Defendants") (Rec. Doc. 289). The plaintiff, Ronald Kreger, Sr. ("Kreger"), opposes the motion. The motion is before the court on the briefs without oral argument. Having considered the memoranda and arguments of counsel, the record and the applicable law, the motion is DENIED.

     As previously described by the Court, Kreger filed this putative class action on February 1, 2007 against the Defendants alleging fraud. The Defendants sell and erect prefabricated buildings. Kreger asserts that the Defendants misrepresented their abilities and Kreger seeks to represent the class of people who were allegedly defrauded by the Defendants.

1

In the motion *sub judice*, the Defendants argue that Kreger's Motion for Leave to File a Second Amended and Supplemental Complaint (Rec. Doc. 283), if granted by Magistrate Shushan, would require the re-opening of all the depositions, as well as new or supplemental expert reports. The Defendants filed this motion prior to Magistrate Shushan's ruling on the underlying Motion for Leave to File a Second Amended Complaint.[1] On August 5, 2008, Magistrate Shushan ordered that the Motion for Leave to File the Second Amended Complaint was granted in part, and denied in part. Rec. Doc. 325. Specifically, Kreger was ordered to file "a supplemental and amended complaint containing only the claim for punitive damages." Rec. Doc. 325, p. 6. However, Kreger was not allowed to add Benjamin Scott Nall as a second plaintiff; similarly, Judge Shushan denied the motion for leave to add the Colorado Consumer Protection Act allegations. *Id.* at p. 5.

In addition, the Court notes that on August 15, 2008, Judge Shushan dismissed a motion for extension of deadlines as moot because the parties agreed to extend deadlines by three weeks to conduct settlement negotiations. Rec. Docs. 331 & 336. Similar to Judge Shushan's findings, this Court concludes "[d]ue to the passage of time and the parties' stipulation to extend deadlines for conducting settlement negotiations," the motion is moot. Rec. Doc. 336.

Accordingly,

IT IS ORDERED that the Defendant's Motion to Continue General Steel's Expert

---

[1] The Second Amended and Supplemental Complaint stated new allegations regarding General Steel's solicitation of customers through advertising. Rec. Doc. 325, p. 3. Specifically, the "proposed amended complaint contains two counts. The first is based on the alleged violations of the Colorado Consumer Protection Act while the second is based on claims that General Steel breached its contract." *Id.* Finally, the proposed amendment added a second named plaintiff, Benjamin Scott Nall. *Id.*

2

Witness Deadline in Light of Proposed New Amendment is **DISMISSED AS MOOT** (Rec. Doc. 289).

    New Orleans, Louisiana, this 22nd day of August, 2008.

                                            HELEN G. BERRIGAN
                                            UNITED STATES DISTRICT JUDGE